1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA STATE OUTDOOR                No. CIV S-05-0599 FCD/DAD
    ADVERTISING ASSOCIATION a California
12  corporation; ARCTURUS OUTDOOR
    ADVERTISING a California corporation;
13  COMPANY, INC.;BULLETIN DISPLAYS,
    LLC; CLEAR CHANNEL OUTDOOR, INC. A       **RELATED CASE ORDER**
14  Delaware corporation; FAIRWAY OUTDOOR
    ADVERTISING, INC. a California corporation;
15  EDWARDS OUTDOOR SIGNS a California
    corporation; GENERAL OUTDOOR
16  ADVERTISING,  INC., a Delaware
    corporation; JAMES N. HOFF , an individual,
17  dba HOFF OUTDOOR ADVERTISING;
    HUNTER MEDIA a California corporation;
18  LAMAR CENTRAL OUTDOOR, INC. a
    Delaware corporation; J.R. ZUKIN
19  CORPORATION dba MEADOW OUTDOOR
    ADVERTISING; SUN OUTDOOR
20  ADVERTISING, a Delaware corporation;
    STOTT OUTDOOR ADVERTISING; TITAN
21  ADVERTISING, a California corporation,;
    UNITED OUTDOOR ADVERTISING a
22  California corporation; VAN WAGNER
    COMMUNICATIONS, a New York
23  corporation; VIACOM OUTDOOR, INC., a
    Delaware corporation,

24            Plaintiff(s),

25       v.

26  WILL KEMPTON, in his Official Capacity
    as Director, CALIFORNIA DEPARTMENT
27  OF TRANSPORTATION,

28            Defendant(s).
    _____/

| | |
|---|---|
| CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION, a California corporation; ARCTURUS ADVERTISING COMPANY, INC., a California corporation; BULLETIN DISPLAYS, LLC,; CBS OUTDOOR, INC.; CLEAR CHANNEL OUTDOOR, INC. a Delaware corporation; JAMES N. HOFF, an individual, dba HOFF OUTDOOR ADVERTISING; HUNTER MEDIA, a California corporation; LAMAR ADVERTISING COMPANY a Delaware corporation;  J.R. ZUKIN CORPORATION dba MEADOW OUTDOOR ADVERTISING, MENTONE INVESTMENTS ADVERTISING, LLC, SAN DIEGO OUTDOOR, INC., dba GENERAL OUTDOOR ADVERTISING, a Delaware corporation;  STOTT OUTDOOR ADVERTISING, SUN OUTDOOR ADVERTISING, LLC, a Delaware corporation; TITAN ADVERTISING, INC., a California corporation; UNITED OUTDOOR ADVERTISING, a California corporation; and VAN WAGNER COMMUNICATIONS, LLC, a New York corporation, | No. CIV S-06-2793 LKK/DAD |

        Plaintiff(s),

  v.

WILL KEMPTON, in his Official Capacity as Director, CALIFORNIA DEPARTMENT OF TRANSPORTATION,

        Defendant(s).
_____/

    Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to

whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated, CIV S-06-2793 LKK DAD is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-06-2793 FCD DAD.  Plaintiff's Motion for Preliminary Injunction filed January 9, 2007 is set for hearing on Friday, March 16, 2007 at 10:00 a.m. in Courtroom #2.  All briefing of the motion shall be in accordance with Local Rule 78-230.

IT IS FURTHER ORDERED that the Clerk of Court issue an Order Requiring a Joint Status Report for the undersigned.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil/criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 16, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE