UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION, et al.,

        Plaintiffs,

   v.

WILL KEMPTON, in his Official Capacity as Director, CALIFORNIA DEPARTMENT OF TRANSPORTATION, and Does 1-50, inclusive,

        Defendants.

NO. CIV. S-06-2793 FCD DAD

<u>DISMISSAL WITHOUT PREJUDICE</u>

----oo0oo----

    The court is in receipt of plaintiffs' and defendants' Joint Statement and Stipulation of Parties regarding Dismissal of Action and Extension of Stipulated Injunction in State Court. (Docket #19, filed Mar. 21, 2007).  Pursuant to the parties' stipulation and Fed. R. Civ. P. 41(a), this action is DISMISSED WITHOUT PREJUDICE.

1        The Clerk's Office is instructed to close this file.
2        IT IS SO ORDERED.
3   DATED: March 27, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE